UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL COLUMBO,

               Plaintiff,

-v-

CENTER FOR GOODS, LLC, et al.,

               Defendants.

CIVIL ACTION NO. 25 Civ. 7382 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference (the "Conference") held on November 19, 2025, another telephone conference to discuss scheduling a settlement conference is scheduled for **December 11, 2025 at 4:00 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time. As discussed at the Conference, Plaintiff's counsel shall communicate a settlement demand (the "Demand") to Defendants' counsel by **November 26, 2025**. In advance of the telephone conference on December 11, 2025, Defendants' counsel shall confer with Defendants regarding the Demand and the parties shall meet and confer to discuss their willingness to participate in a settlement conference.

Dated:    New York, New York
           November 19, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge