UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL COLUMBO,

           Plaintiff,

   -v-

CENTER FOR GOODS, LLC, et al.,

           Defendants.

CIVIL ACTION NO. 25 Civ. 7382 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 22, the parties were required to attend a telephone conference on March 11, 2026 at 2:30 p.m. ET (the "Conference") to discuss scheduling a settlement conference. (Dkt. No. 22). Neither party attended the Conference. On or before **March 16, 2026**, the parties shall file a joint letter advising the Court of their interest and availability to participate in a settlement conference on the following dates:

- May 19, 2026, at 10:00 a.m. ET

- May 19, 2026, at 2:00 p.m. ET

- May 20, 2026, at 10:00 a.m. ET

- May 20, 2026, at 2:00 p.m. ET.

Dated:     New York, New York
          March 11, 2026

SO ORDERED.

SARAH L. CAVE
United States Magistrate Judge