UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL COLUMBO,

Plaintiff,

-v-

CENTER FOR GOODS, LLC,

Defendant.

25-CV-7382 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- On consent of the parties, Defendant shall file any amended answer and additional counterclaims **no later than July 24, 2026.**

- The parties' letter-motion for an extension of time to complete discovery, *see* ECF No. 35, is GRANTED. The deadline for discovery (both fact and expert) is hereby EXTENDED **to August 28, 2026.** Further extensions are unlikely to be granted.

- Unless and until the Court orders otherwise, the parties shall appear for a pretrial conference on **September 1, 2026 at 3:00 p.m.** The conference will be held remotely by telephone in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The dial-in for that conference remains the same. *See* ECF No. 33.

SO ORDERED.

Dated: July 14, 2026
New York, New York

JESSE M. FURMAN
United States District Judge