UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL COLUMBO,

Plaintiff,

-v-

CENTER FOR GOODS, LLC, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 7382 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties have now consented to have the undersigned conduct all proceedings in this case. (Dkt. No. 48). On August 25, 2026, the parties advised the Court that they reached a settlement in principle. (Dkt. No. 45). Pursuant to the Honorable Jesse M. Furman's Order at Dkt. No. 46, the parties' deadline to submit their settlement agreement to the Court for approval under Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015) (the "Cheeks Motion") was **September 9, 2026**. (Dkt. No. 46 at 1). To date, the parties have not submitted their Cheeks Motion. As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for the parties to file the Cheeks Motion to **September 18, 2026**.

Dated: New York, New York
September 11, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**