GISKAN SOLOTAROFF & ANDERSON LLP
Attorneys at Law

September 18, 2026

The request at Dkt. No. 50 is **GRANTED**. The deadline for the parties to file their Cheeks Motion (defined in the Court's Order at Dkt. No. 49) is **EXTENDED** to **September 23, 2026**.

The Clerk of Court is respectfully directed to close Dkt. No. 50.

SO ORDERED. September 18, 2026

SARAH L. CAVE
United States Magistrate Judge

**BY ECF**
Hon. Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** ***Columbo v. Center for Goods LLC and Robin Standefer, 25-CV-7382 (JMF)***

Dear Judge Cave:

This firm represents Plaintiff Michael Columbo in the above-referenced matter. The parties are requesting a short additional extension, until September 23, 2026, of the time to submit the motion for approval of the settlement. The motion is ready to be filed and the parties have agreed on all terms of the settlement; however, the latter just occurred today and the parties do not believe they can have the agreement executed in time to attach it to the motion for submission today. Given the holiday next week, the parties respectfully request three additional business days.

Sincerely yours,

/s

Jason L. Solotaroff

cc: All Counsel